April 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GARDEN RIDGE, L.P., Appellant

NO. 14-11-00624-CV                    V.

ADVANCE INTERNATIONAL, INC., AND HERBERT A. FEINBERG,
Appellees

_____

     This cause, an appeal from the judgment in favor of appellees, Advance International, Inc., and Herbert A. Feinberg, signed May 6, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

     We order appellant, Garden Ridge, L.P., to pay all costs incurred in this appeal.

     We further order this decision certified below for observance.